In the Matter of MICHAEL L. MANGO, an attorney at law.

For the order: *Mr. Frederick C. Vonhof.*

November 20, 1961. Name of respondent stricken from roll of attorneys at law.

In the Matter of DAVID H. ROTHBERG, an attorney at law.

For the order: *Mr. Jesse B. Leslie.*

For the respondent: *Mr. John E. Toolan.*

November 20, 1961. Respondent reprimanded. Opinion reported at 36 *N. J.* 146.